BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:12-cr-00328 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
|  | ) ) | Old Date: September 3, 2013 |
| v. | ) ) | Old Time:  8:30 a.m. |
|  | ) | **New Date:  Sep. 23, 2013** |
|  | ) | **New Time:  8:30 a.m.** |
| ALVARO TORRES, | ) | **Court:       Four** |
|  | ) | (Hon. Lawrence J. O'Neill) |
| Defendant. | ) ) |  |

Defendant Alvaro Torres pleaded guilty to count one, Conspiring to Distribute Methamphetamine. Sentencing is currently set for September 3, 2013, at 8:30 a.m.

The parties agree that there is good cause for a continuance and hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from September 3, 2013 to September 23, 2013, at 8:30 a.m., or the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal

objections to the PSR to one week prior to the continued sentencing date.

Respectfully submitted,

Dated: August 28, 2013      BENJAMIN B. WAGNER
United States Attorney

By: /s/Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Dated: August 28, 2013      /s/ Peter Jones
(authorized on 8/28/13)
PETER Jones
Attorney for Defendant
Alvaro Torres

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from September 3, 2013 to September 23, 2013, at 8:30 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:   August 28, 2013**      /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE